**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, February 13, 2008
**Case Number:** CR-08-00014-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. RAMON LOPEZ-AGUILAR**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Ramon Lopez-Aguilar |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Richard Pointer |

---

PROCEEDINGS:

   Status review hearing held. Counsel and defendant are present. Continued to 3/19/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.