UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>RAMON LOPEZ-AGUILAR,<br>　　　　Defendant. | Case Number CR-08-00014-JF<br><br>Status Hearing<br><br>March 19, 2008<br><br>CLERK'S NOTICE-<br>　　RE TIME CHANGE |

To all Parties and Attorneys of Record:

The Status hearing set on March 19, 2008 is now scheduled to be heard at

1:30 p.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


March 14, 2008　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　By:＿＿/s/＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk