## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, March 19, 2008
**Case Number:** CR-08-00014-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   **UNITED STATES OF AMERICA V. RAMON LOPEZ-AGUILAR**

| **PLAINTIFF** | **DEFENDANT** |
| --- | --- |
| United States | Ramon Lopez-Aguilar |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Richard Pointer |

---

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 5/14/08 at 9:00 a.m. for further status review. 56 days are excluded for the reasons stated.