# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, May 14, 2008
**Case Number:** CR-08-00014-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**         **UNITED STATES OF AMERICA V. RAMON LOPEZ-AGUILAR**

|  **PLAINTIFF** | **DEFENDANT** |
| :---: | :---: |
| United States | Ramon Lopez-Aguilar |
| **Attorneys Present: Jeffrey Schenk** | **Attorneys Present: Richard Pointer** |

---

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 6/25/08 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.