# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 25, 2008
**Case Number:** CR-08-00014-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. RAMON LOPEZ-AGUILAR**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Ramon Lopez-Aguilar |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Richard Pointer |

---

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 7/23/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.