1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **RAMON LOPEZ-AGUILAR**

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,           )   NO: CR-08-00014-JF
                                        )
13          Plaintiff,                  )   **STIPULATION AND (PROPOSED)**
                                        )   **ORDER FOR CONTINUANCE**
14      vs.                             )   **OF STATUS HEARING**
                                        )
15  RAMON LOPEZ-AGUILAR,                )
                                        )
16          Defendant.                  )
    _____)

17       Defendant, Ramon Lopez-Aguilar., through counsel Richard P. Pointer and the United States

18  through Jeffrey Schenk hereby stipulate to the continuance of the status hearing from July 23, 2008,

19  at 9:00 a.m.,  to August 27, 2008, at9:00 a.m.

20       The government and defense stipulate that the factors stated above provide a basis for an

21  exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(8)(B)(iv) in that the

22  ends of justice outweigh the public interest in an earlier trial date.

23                                          Respectfully submitted,

24  Dated: July 22, 2008                         /s/
                                            _____
25                                          Richard P. Pointer
                                            Attorney for Ramon Lopez-Aguilar

26  Dated: July 22, 2008                         /s/
                                            _____
27                                          Jeffrey Schenk
                                            Assistant United States Attorney

28
    _____
    Stipulation and (Proposed Order for
    Continuance of Status Hearing            1

1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **RAMON LOPEZ-AGUILAR**

6

7
                    UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,         )    NO: CR-08-00014-JF
11                                    )
         Plaintiff,                   )
12                                    )    **ORDER OF CONTINUANCE**
         vs.                          )    **OF STATUS HEARING**
13                                    )
   RAMON LOPEZ-AGUILAR                )
14                                    )
         Defendant.                   )
15 _____    )

16      Based on the stipulations of the parties, the court HEREBY ORDERS that the status hearing

17 scheduled for July 23, 2008, at 9:00 am., is continued to August 27, 2008 at 9:00 a.m.

18      THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from July

19 23, 2008, to August 27, 2008. The court finds, based on the aforementioned reasons, that the ends

20 of justice is served by granting the requested continuance outweigh the best interest of the public and

21 the defendant in a speedy trial. The failure to grant the requested continuance would deny defense

22 counsel reasonable time necessary for effective preparation, taking into account the exercise of due

23 diligence, and would result in a miscarriage of justice. The Court therefore concludes that this

24 exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

25      SO ORDERED.

26 Dated: July ____, 2008                         _____
                                                  JEREMY FOGEL
27                                                United States Magistrate Judge

28 _____
   Stipulation and (Proposed Order for
   Continuance of Status Hearing          2