## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, August 27, 2008
**Case Number:** CR-08-00014-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. RAMON LOPEZ-AGUILAR**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Ramon Lopez-Aguilar |

**Attorneys Present:** Jeffrey Schenk     **Attorneys Present:**

---

PROCEEDINGS:
  Further status review hearing held. Counsel for plaintiff and defendant are present. Continued to 9/10/08 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.