1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:     (408) 246-5500
   Facsimile:     (408) 246-1051
4

5  Attorneys for Defendant
   **RAMON LOPEZ-AGUILAR**
6

7

8

9                    UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12
   UNITED STATES OF AMERICA,          )      NO: CR-08-00014-JF
13                                     )
            Plaintiff,                 )      **STIPULATION AND (PROPOSED)**
14                                     )      **ORDER FOR CONTINUANCE**
        vs.                            )      **OF STATUS HEARING**
15                                     )
   RAMON LOPEZ-AGUILAR,                )
16                                     )
            Defendant.                 )
17  _____  )

18        Defendant, Ramon Lopez-Aguilar., through counsel Richard P. Pointer and the United States

19  through Jeffrey Schenk hereby stipulate to the continuance of the status hearing from September 10,

20  2008, at 9:00 a.m., to October 1, 2008, at 9:00 a.m.  It is agreed between the parties that the

21  following reasons exist for this stipulation:

22        (1) Defense counsel is in trial in state court in the matter of People vs. Raymundo Rivera,

23  case number: CC632875.

24        No party objects to the requested continuance.

25        IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act continue

1     IT IS SO STIPULATED.

2                    Respectfully submitted,

3  Dated: September 5, 2008         _____**/s/**_____

                                   Richard P. Pointer

4                    Attorney for Ramon Lopez-Aguilar

5  Dated: September 5, 2008         _____/s/_____

                                   Jeffrey Schenk

6                    Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051
4
Attorneys for Defendant
5 **RAMON LOPEZ-AGUILAR**

6

7

8                         UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )        NO: CR-08-00014-JF
11                                         )
                Plaintiff,                )
12                                         )        **ORDER OF CONTINUANCE**
                vs.                       )        **OF STATUS HEARING**
13                                         )
RAMON LOPEZ-AGUILAR                   )
14                                         )
                Defendant.                )
15 _____)

16      Based on the stipulations of the parties, the court HEREBY ORDERS that the status hearing

17 scheduled for September 10, 2008, at 9:00 am., is continued to October 1, 2008 at 9:00 a.m.

18      THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from

19 September 10, 2008, to October 1, 2008.  The court finds, based on the aforementioned reasons, that

20 the ends of justice is served by granting the requested continuance outweigh the best interest of the

21 public and the defendant in a speedy trial.  The failure to grant the requested continuance would

22 deny defense counsel reasonable time necessary for effective preparation, taking into account the

23 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

24 concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and

25 (B)(iv).

Dated: 9/9/08

_____
JEREMY FOGEL
United States Magistrate Judge
District

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25